JIMMY WILLIAMSON, *PARTNER**
ROSS A. SEARS, II, *PARTNER* *
CYNDI MOSS RUSNAK, *PARTNER*
MIKE KERENSKY, *OF COUNSEL**
WILLIAM W. DILLS, *ASSOCIATE*
JESUS CHAPA, *ASSOCIATE*
AMY B. ARCHAMBAULT, *ASSOCIATE*
CHRISTINA SOILEAU, *ASSOCIATE*

*CERTIFIED PERSONAL INJURY
TRIAL LAW - TEXAS BOARD OF
LEGAL SPECIALIZATION

# WILLIAMSON, SEARS & RUSNAK, LLP

### ATTORNEYS AT LAW

FILED
15-0205
3/31/2015 3:18:58 PM
JIMMY@WSRLAWFIRM.COM
tex-4714416
ROSS@WSRLAWFIRM.COM OF TEXAS
CYNDI@WSRLAWFIRM.COM
BLAKE A. HAWTHORNE, CLERK
MIKE@WSRLAWFIRM.COM

WILLIAMSONSEARSRUSNAK.COM

(713) 223-3330 (OFFICE)
(855) 972-7783 (TOLL FREE)
(713) 223-0001 (FAX)

4310 YOAKUM BLVD.
HOUSTON, TEXAS 77006

MARCH 31, 2015

*Via e-Filing*

Supreme Court of Texas
Attention: Blake Hawthorne, Clerk
PO Box 12248
Austin, Texas 78711

  Re: No. 15-0205; In the Supreme Court of Texas; *In re David Dow vs. The Texas Court of Criminal Appeals*

Dear Mr. Hawthorne,

After reading David Dow's petition and supporting evidence, the undersigned attorneys respectfully request our names be added to the list of lawyers who join in its request for relief.

As members of the bar, we have a duty to stand against injustice. What the Court of Criminal Appeals has done to David Dow is a personal injustice, and an institutional wrong done to those least able to stand up for themselves, indigents. In these economic times, a systemic attack on lawyers who work *pro bono* to ensure that all Americans have equal access to the court system is disturbing.

We agree with Judge Alcala that the decision regarding Mr. Dow is: "unwise, excessive, unjust to victims, and chilling to defendants and other attorneys." The decision was wrong.

Texas *needs* David Dow to continue his work representing those who have nowhere else to turn and providing the bar with an example of what it means to be a lawyer-servant. Mr. Dow is the type of lawyer we should all aspire to be.

We are honored to add our names to support Mr. Dow's petition, and urge the Supreme Court to return Mr. Dow to his essential work.

      Sincerely,

| | | | |
|---|---|---|---|
| */s/ Jimmy Williamson* | */s/Cyndi Moss Rusnak* | */s/ Ross A. Sears, II* | */s/ Michael Kerensky* |
| Jimmy Williamson | Cyndi Moss Rusnak | Ross A. Sears, II | Michael Kerensky |
| SBN 21624100 | SBN 24007964 | SBN 17960011 | SBN 11331500 |
| | | | |
| */s/ William Dills* | */s/ Jesus Chapa* | */s/ Amy B. Archambault* | */s/ Christina Soileau* |
| William Dills | Jesus Chapa | Amy Archambault | Christina Soileau |
| SBN 24067421 | SBN 24075891 | SBN 24055110 | SBN 24085925 |

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 9.5(d) and (e), I certify that I have served this document on all parties of record via electronic service on March 31, 2015.

*/s/ Amy B. Archambault*
Amy B. Archambault